**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

Michael Eason,

Plaintiff,

vs.

The Anoka-Hennepin County Drug Task Force; Anoka County, Minnesota; Hennepin County, Minnesota; The City of Maple Grove, Minnesota; The City of Brooklyn Park, Minnesota; The State of Minnesota; The Minnesota Counties of A-Z; The Minnesota Cities of A-Z; and/or John Doe Nos. 1-5, all in their individual and official capacities,

Defendants.

Civil File No. 00-311 PAM/JGL

**STIPULATION TO EXTENSION OF TIME AND ORDER**

Plaintiff and Defendant State of Minnesota hereby stipulate that defendant State of Minnesota may have an additional 45 days to serve its response to the Complaint.

MIKE HATCH III
Attorney General
State of Minnesota

P. KENNETH KOHNSTAMM 5740X
Assistant Attorney General

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(612) 282-5729 (Voice)
(612) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANT STATE OF MINESOTA

PAUL D. PETERSON, LTD..

PAUL D. PETERSON
Suite 365
6043 Hudson Road
St. Paul, Minnesota 55125
(651)
-and-
JOSEPH MARGULIES
220 6TH Street South
Minneapolis, Minnesota 55402

ATTORNEYS FOR PLAINTIFF

FEB 29 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the above stipulation, the Court extends to March 14, 2000 the time within which the State may respond to the Complaint.

Feb 29, 2000

Jonathan G. Lebedoff
Chief Magistrate Judge

AG: 361211,v. 01