UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 00-311 PAM/JGL

Michael Eason,

Plaintiff,

v.

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF HENNEPIN COUNTY AND ORDER**

The Anoka-Hennepin County Drug Task Force; Anoka County, Minnesota; Hennepin County, Minnesota; The City of Maple Grove, Minnesota; The City of Brooklyn Park, Minnesota; The State of Minnesota; The Minnesota Counties of A-Z; The Minnesota Cities of A-Z; and/or John Doe Nos. 1-5, all in their Individual and official capacities,

Defendants.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereof, through their respective legal counsel, that the defendant Hennepin County only may be and hereby is dismissed with prejudice but without costs to any party hereto.

**IT IS FURTHER STIPULATED AND AGREED**, that the Court may, without further notice of hearing, or hearing, make and enter an Order pursuant to the Stipulation dismissing with prejudice, defendant Hennepin County, without costs to any party hereto. All other parties, claims and defenses remain and are not impacted by this Stipulation.

FILED SEP 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: 8/31/00

PAUL D. PETERSON, LTD.

By: ______________________

Paul D. Peterson (MN I.D. #203919)
*Attorney for Plaintiff*
6043 Hudson Road, Suite 365
Woodbury, MN 55125
Telephone: (651) 730-7844

DATED: 9/8/00

ERSTAD & RIEMER, P.A.

By: ______________________

Jon K. Iverson (MN I.D. #146389)
Paul D. Reuvers (MN I.D. #217700)
*Attorneys for Defendants Anoka-Hennepin Drug Task Force, The City of Maple Grove, The City of Brooklyn Park and Anoka County*
1000 Northland Plaza
3800 West 80th Street
Bloomington, MN 55431
Telephone: (612) 896-3700

DATED: 9/14/00

STATE OF MINNESOTA
OFFICE OF THE ATTORNEY GENERAL

By: ______________________

P. Kenneth Kohnstamm (MN I.D. 5740X)
*Attorneys for Defendant*
*The State of Minnesota*
445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5700

DATED: Sept. 5, 2000

OFFICE OF THE HENNEPIN COUNTY ATTORNEY

By: Karla F. Hancock

Karla F. Hancock (MN I.D. #120686)
*Attorney for Defendant Hennepin County*
C-2000 Government Center
300 South Sixth Street
Minneapolis, MN 55487
Telephone: (612) 348-5550

**ORDER**

Upon the foregoing Stipulation,

**IT IS HEREBY ORDERED**: That defendant Hennepin County only be, and hereby is, dismissed with prejudice but without costs to any party.

DATED: 9/26/00

BY THE COURT:

Judge of U.S. District Court

**PARTIAL JUDGMENT OF DISMISSAL**

Upon the foregoing Stipulation and pursuant to the above Order of the Court,

**IT IS HEREBY ADJUGED, DETERMINED AND DECREED:** That defendant Hennepin County only is hereby dismissed with prejudice but without costs to any party.

DATED: 9/26/00

BY THE COURT:

Judge of U.S. District Court