UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

---

Court File No.: 00-311 PAM/SRN

Michael Eason,

Plaintiff,

v.

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER** and order

The Anoka-Hennepin County Drug Task Force; Anoka County, Minnesota; Hennepin County, Minnesota; The City of Maple Grove, Minnesota; The City of Brooklyn Park, Minnesota; The State of Minnesota; The Minnesota Counties of A-Z; The Minnesota Cities of A-Z; and/or John Doe Nos. 1-5, all in their Individual and official capacities,

Defendants.

---

The parties to this action, by their undersigned counsel, hereby stipulate to the following amendments to the Pretrial Scheduling Order dated October 13, 2000 in the above-referenced matter:

**Discovery Plan** (amended language in italics):

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before *March 1, 2001.*
   b. By Defendant(s) on or before *May 1, 2001.*
   c. *The parties mutually agree that each may identify and call at trial a police procedures expert. If the plaintiff so desires to call such an expert, such expert must be identified no later than 30 days following the final non-expert deposition in this matter. The defendants will have 30 days following the disclosure by the plaintiff of the identity of a police procedures expert to identify a police procedures expert to be retained by the defendants. The opinions of any policy procedures expert shall be*

FEB 22 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

*disclosed by the plaintiff no later than September 1, 2001 and by the defendants no later than October 1, 2001.*

**Non-Dispositive Motions**

4. *That the parties agree that the correct identity of currently unidentified parties in this action may be substituted by agreement or motion any time up to September 1, 2001, and that parties that are currently identified or may be subject to identification as potential parties shall be dismissed or released by stipulation or motion from potential involvement in this action by September 1, 2001. The parties wish to include this statement in the Pretrial Scheduling Order based upon an anticipated stipulation as to proper parties to be named and/or dismissed from this action at a time on or before September 1, 2001.*

Dated: 2/20/01

HARPER & PETERSON, P.L.L.C.

By: [signature]

Paul D. Peterson (MN I.D. #203919)
*Attorney for Plaintiff*
6043 Hudson Road, Suite 370
Woodbury, MN 55125
Telephone: (651) 738-8539

Dated: 2/14/01

MARGULIES & RICHMAN

By: [signature]

Joseph Margulies (MN I.D. #208528)
*Attorney for Plaintiff*
2520 park Avenue South
Minneapolis, MN 55404
Telephone: (612) 872-4900

DATED: 2/2/01

ERSTAD & RIEMER, P.A.

By: [signature]
Paul D. Reuvers (MN I.D. #217700)
*Attorneys for Defendants Anoka-Hennepin Drug Task Force, The City of Maple Grove, The City of Brooklyn Park and Anoka County*
1000 Northland Plaza
3800 West 80th Street
Bloomington, MN 55431
Telephone: (952) 896-3700

DATED: 2/8/01

STATE OF MINNESOTA
OFFICE OF THE ATTORNEY GENERAL

By: [signature]
P. Kenneth Kohnstamm (MN I.D. 5740X)
*Attorneys for Defendant The State of Minnesota*
445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5700

**ORDER**

Based upon the foregoing Stipulation, the Pretrial Scheduling Order is so amended.

BY THE COURT:

Dated: February 22, 2001

[signature]
~~Maigstrate~~ Judge Susan Richard Nelson
Magistrate