**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

Michael Eason,

Civil File No. 00-311 PAM/JGL

Plaintiff,

vs.

The Anoka-Hennepin County Drug Task Force; Anoka County, Minnesota; Hennepin County, Minnesota; The City of Maple Grove, Minnesota; The City of Brooklyn Park, Minnesota; The State of Minnesota; The Minnesota Counties of A-Z; The Minnesota Cities of A-Z; and/or John Doe Nos. 1-5, all in their individual and official capacities,

Defendants.

**STIPULATION FOR DISMISSAL** and ORDER

Plaintiff, and the State of Minnesota, by their undersigned counsel, hereby stipulate to the dismissal of the State from this lawsuit without prejudice. Each side shall bear the expense of their own costs, disbursements, and attorney's fees.

Dated: 4-26-01

HARPER AND PETERSON, P.L.L.C.

PAUL D. PETERSON
Minnesota I.D. No. 203919
6043 Hudson Road, Suite 370
Woodbury, Minnesota 55125
(651) 738-8539

ATTORNEYS FOR PLAINTIFF

Dated: 23 April 2001

MIKE HATCH
Attorney General
State of Minnesota

P. KENNETH KOHNSTAMM
Assistant Attorney General
Atty. Reg. No. 5740X
445 Minnesota Street. Suite 1100
St. Paul, Minnesota 55101-2128
(651) 282-5729 (Voice)
(651) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANT STATE OF MINNESOTA

FILED MAY 31 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK
MAY 10 2001

Dated: 5/08/01

MARGULIES & RICHMAN

JOSEPH MARGULIES
Minnesota I.D. No. 208528
2520 Park Avenue South
Minneapolis, MN 55404
(612) 872-4900

ATTORNEYS FOR PLAINTIFF

Dated: 5/01/01

IVERSON REUVERS, INC.

PAUL D. REUVERS
Minnesota I.D. No. 217700
230 Townline Office Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 946-1503

ATTORNEYS FOR DEFENDANT ANOKA HENNEPIN COUNTY DRUG TASK FORCE

**ORDER**

Based upon the foregoing stipulation, it is hereby ordered that the State of Minnesota is dismissed from this litigation without prejudice.

May 31, 2001

PAUL A. MAGNUSON
U.S. District Court Judge

AG: 465260,v. 01