UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No. 00-311 PAM/SRN

Michael Eason,

Plaintiff,

vs.

**STIPULATION AND PROTECTIVE ORDER**

The Anoka-Hennepin County Drug Task Force; Anoka County, Minnesota; Hennepin County, Minnesota; The City of Maple Grove, Minnesota; The City of Brooklyn Park, Minnesota; The State of Minnesota; The Minnesota Counties of A-Z; The Minnesota Cities of A-Z; and/or John Doe Nos. 1-5, all in their individual and official capacities,

Defendants.

Plaintiff has requested the identities of undercover law enforcement personnel in discovery. This information is privileged under the Minnesota Government Data Practices Act, Minn. Stat. §13.43, Subd. 5. The parties stipulate the identities of these officers and their respective reports should be subject to a Protective Order and request the Court to issue the attached Order.

Dated: 5-23-01

HARPER & PETERSON, PLLC

By [signature]
Paul D. Peterson
Attorneys for Plaintiff
Suite 370
6043 Hudson Road
Woodbury, MN 55125

Dated: 6/1/01

IVERSON REUVERS, LLC

By: [signature]
Paul D. Reuvers, #217700
Attorneys for Defendants
230 Townline Office Plaza
8585 West 78th Street
Bloomington, MN 55438

FILED JUN 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.________
DEPUTY CLERK________

**PROTECTIVE ORDER**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED, that defendants' counsel may identify the undercover law enforcement officers involved in this incident, as well as their reports.

1. That the use of this information is limited to this case and shall not be disseminated by the plaintiff or his counsel to anyone outside of this case.

2. Plaintiff will return all copies of the police reports and the personnel files to the defendants' attorney at the conclusion of this case.

Dated: June 6, 2001

BY THE COURT

Susan Richard Nelson

United States Magistrate Judge
Susan Richard Nelson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.