UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 00-311 PAM/SRN

Michael Eason,

Plaintiff,

v.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

The Anoka-Hennepin East Metro Narcotics & Violent Crimes Task Force,

Defendant.

The above entitled action, having been fully compromised and settled,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: 9-26-02

HARPER & PETERSON, P.L.L.C.

By: ______________________

Paul D. Peterson (MN I.D. #203919)
*Attorney for Plaintiff*
6043 Hudson Road, Suite 370
Woodbury, MN 55125
Telephone: (651) 738-8539

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

DATED: 9/30/02

IVERSON REUVERS, LLC

By: ______________________

Paul D. Reuvers (MN I.D. #217700)
*Attorneys for Defendants Anoka-Hennepin East Metro Narcotics & Violent Crimes Task Force*
230 Townline Plaza
8585 W. 78th Street
Bloomington, MN 55438
Telephone: 952-548-7210

**ORDER**

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed on the merits and without costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: October 1, 2002

______________________
Judge of United States District Court