UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 00-311 PAM/SRN

Michael Eason,

Plaintiff,

v.

**ORDER**

The Anoka-Hennepin East Metro
Narcotics & Violent Crimes Task Force,

Defendant.

The above-entitled matter was tried to the jury before the undersigned judge of the United States District Court, commencing July 22, 2002 with a verdict returned on July 25, 2002.

1. The attorneys for the parties wish to discuss with the jurors the presentation of the case.

2. The court has no objection to the attorneys contacting the jurors for that purpose.

3. The jury clerk is authorized to release to the attorneys for the plaintiff and defendant the names and address of the jurors who served in this case.

BY THE COURT:

Dated: October 23, 2002

Judge Paul A. Magnuson
Judge of United States District Court

FILED OCT 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________